JFM:LS
File No. 1999Z01099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff | : | |
| v. | : | CRIMINAL NO. 98-00649-004 |
| DAVID BROWN | : | |
| Defendant | : | |

## PRAECIPE TO SATISFY JUDGMENT

**TO THE CLERK**
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

PATRICK L. MEEHAN
United States Attorney

*/s/ Joseph F. Minni*
JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date: 10/05/06